UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRETT BRIAN BARNES,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-5393 RSM

ORDER DISMISSING CASE

The Court, after careful consideration of the Plaintiff's Complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (R&R) of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) On November 30, 2017, Judge Donohue issued his R&R, recommending that the Court affirm the decision of the Commissioner denying benefits to Mr. Barnes. Dkt. #13. Mr. Barnes has filed Objections to that R&R. Dkt. #14. The government has replied to those Objections. Dkt. #15. After review of Plaintiff's Objections and the remainder of the record, the Court ADOPTS Judge Donohue's Report and Recommendation. In his Objections, Plaintiff reiterates in large part the arguments made to Judge Donohue. *Compare* Dkt. #14 *with* Dkt. #11. Judge Donohue first addressed Plaintiff's argument that the ALJ erred in discounting the medical

ORDER DISMISSING CASE
PAGE - 1

opinion of Dr. Hamilton. As Judge Donohue correctly noted, the ALJ must provide clear and convincing reasons for rejecting the opinion of a treating or examining physician. Dkt. #13 at 7. In this case, Judge Donohue addressed the reasons provided by the ALJ for discounting Dr. Hamilton's opinions, many of which Plaintiff did not address.[1] *See* Dkt. #13 at 8-10. Judge Donohue concluded that the ALJ provided specific and legitimate reasons for discounting Dr. Hamilton's opinions, supported by substantial evidence in the record. *Id.* at 10. Nothing in Plaintiff's Objections persuades the Court that Judge Donohue's conclusion is in error. Likewise, the Court is not persuaded that Judge Donohue's conclusion with respect to Plaintiff's subjective testimony is in error. *See* Dkt. #13 at 10-14. Judge Donohue examined the ALJ's reasons for discounting Plaintiff's testimony. He correctly noted that it is the province of the ALJ to determine what weight should be afforded to a claimant's testimony, and that the ALJ's conclusions must be supported by substantial evidence. Dkt. #13 at 11-12. Judge Donohue then found that the record supported the ALJ's determination that some of the objective medical evidence was inconsistent with Plaintiff's testimony, that Plaintiff's limited, conservative treatment without medication side effects was inconsistent with Plaintiff's testimony, and that Plaintiff's admission he might have been able to work despite his impairments undermines his allegation of disability. *Id.* at 12-14. Judge Donohue also concluded that the ALJ's error in relying on Plaintiff's activities to discount his testimony was harmless given the ALJ's other findings. *Id.* at 13. Plaintiff has not persuaded this Court to find otherwise.

    (2)    The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

---

[1] The Court, like Judge Donohue, also notes that Plaintiff chose not to file a Reply in response to the government's brief.

ORDER DISMISSING CASE
PAGE - 2

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 17th day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE